**Michael WINSTON, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2011–5093.

United States Court of Appeals,
Federal Circuit.

Dec. 22, 2011.

**ON MOTION**

**ORDER**

Michael Winston moves for "protection" and submits various letters and a document entitled "Rule 60–B Motion." The United States moves for leave to respond.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Winston's motions are denied. Arguments concerning this case should be placed in the briefs, and not in letters.

(2) The motion to respond is granted and the response is accepted. The United States should calculate its brief due date from the date of filing of this order.